1

2

3

4

5

6

7                                 NOT FOR CITATION

8                 **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN JOSE DIVISION**

11

12   SUSAN R. ECKER, et al.,                    Case Number C 05-1760 JF (HRL)

13                   Plaintiffs,                ORDER[1] DISMISSING CLAIMS
                                                AGAINST ALL UNSERVED
14          v.                                  DEFENDANTS WITHOUT
                                                PREJUDICE
15   COUNTY OF SANTA CLARA, et al.,

16                   Defendants.

17

18

19

20        On September 21, 2006, the Court dismissed Plaintiffs' claims against Defendant County

21   of Santa Clara without leave to amend and with prejudice for failure to state a claim, and

22   indicated an intent to dismiss Plaintiffs' claims against all remaining defendants for lack of

23   service of process.  The Court granted Plaintiffs thirty days to demonstrate that they had effected

24   service of process on the defendants other than the County or to show good cause for failing to

25   do so.  The thirty-day period elapsed on October 23, 2006.  Plaintiffs have failed to respond to

26   the Court's order.  Accordingly, Plaintiffs' claims as to all unserved defendants, meaning all

27   _____

28        [1] This disposition is not designated for publication and may not be cited.

1  defendants other than the County, are HEREBY DISMISSED WITHOUT PREJUDICE.

2      IT IS SO ORDERED.

3

4

5  DATED:  10/31/06

6
                                        _____
                                        JEREMY FOGEL
7                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 05-1760 JF (HRL)
ORDER DISMISSING CLAIMS AGAINST ALL UNSERVED DEFENDANTS WITHOUT PREJUDICE
(JFLC2)

1    This Order has been served upon the following persons:

2

3    <u>Plaintiffs pro se</u>

4    Susan R. Ecker
     Michael A. Shannon
5    15559 Union Avenue #109
6    Los Gatos, CA 95032

7

8    <u>Counsel for Defendant County of Santa Clara</u>

9

10   John L. Winchester III
     Office of the County Counsel
11   70 West Hedding Street
     Ninth Floor, East Wing
12   San Jose, CA  95110-1770

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-1760 JF (HRL)
ORDER DISMISSING CLAIMS AGAINST ALL UNSERVED DEFENDANTS WITHOUT PREJUDICE
(JFLC2)